IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:91CR74 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL BRUCKNER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's "federal writ of habeas corpus injunction under 28 U.S.C.A. Section 2241 in holding this court in federal criminal contempt for jurisdiction to justice for expedition of judgment (Filing No. 138). The pleading is unintelligible and incomprehensible, and the Court finds it should be denied. Accordingly,

IT IS ORDERED that defendant's "federal writ of habeas corpus injunction" is denied.

DATED this 11th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court